1  Alan L. Martini, Esq. (SBN 77316)
   amartini@smtlaw.com
2  Sheuerman Martini & Tabari
   1033 Willow Street
3  San Jose, CA 95125
   Telephone: (408) 288-9700
4  Facsimile: (408) 295-9900

5  Attorneys for Plaintiff
   REBECCA JIMINEZ
6

7  Henry C. Wang, Esq. (SBN 196537)
   hwang@manatt.com
8  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
9  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
10 Facsimile: (310) 312-4224

11 Attorneys for Defendant
   FIDELITY AND GUARANTY LIFE
12 INSURANCE COMPANY

13

                    UNITED STATES DISTRICT COURT
14
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN JOSE DIVISION
16

17

18  REBECCA JIMINEZ,                    CASE NO. C 05-04396 JW

19          Plaintiff,

20      v.                              STIPULATION FOR DISMISSAL
                                        OF ACTION AND ORDER
21  FIDELITY AND GUARANTY               THEREON
22  LIFE INSURANCE COMPANY;
    and DOES 1-25, inclusive,           [Fed. R. Civ. Proc. 41(a)]
23
24          Defendants.

25

26
        Plaintiff Rebecca Jiminez filed her complaint in Monterey County
27
   Superior Court on August 30, 2005. Defendant Fidelity and Guaranty Life
28

FELGER & ASSOCIATES
COUNSELORS AT LAW
726 W. BARSTOW AVENUE
SUITE 106
FRESNO, CA 93704

41103572.1

STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON

1  Insurance Company ("F&G Life") filed its answer on or about October 26, 2005.
2  F&G Life removed the action to this Court on October 27, 2005.
3        On March 15, 2007, counsel for plaintiff Rebecca Jiminez informed
4  the Court that the parties have reached a settlement. As part of a global settlement
5  of issues between the parties, and good cause showing therefore:
6        IT IS HEREBY STIPULATED, by and between plaintiff Rebecca
7  Jiminez, by and through her attorney of record, Sheuerman Martini & Tabari, and
8  F&G Life, by and through its attorney of record, Manatt, Phelps & Phillips, LLP,
9  that the entire above-entitled action should be dismissed with prejudice, in
10  accordance with Federal Rule of Civil Procedure section 41, with each party to bear
11  their own attorney's fees and costs.
12        IT IS SO STIPULATED.
13        Dated: April 4, 2007.

SHEUERMAN MARTINI & TABARI

By _____
Alan L. Marini, Esq.
Attorneys for Rebecca Jiminez

MANATT, PHELPS & PHILLIPS, LLP

By _____
Henry C. Wang, Esq.
Attorneys for Fidelity and Guaranty Life
Insurance Company

IT IS SO ORDERED.

Dated: April  6 , 2007.  _____
United States District Court Judge

41103572.1

-2-

STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON